# United States District Court
# For The Western District of North Carolina
# Statesville Division

MICHAEL THOMAS GILL,

    Petitioner,

vs.

GERALD BRANKER,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE # 5:10-CV-35-1-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/19/2010 Order.

Signed: March 19, 2010

Frank G. Johns, Clerk
United States District Court